Edward J. Maney, Trustee, Bar #12256
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| HELEN MARTINO | ) | Case No. 2:16-02958-BKM |
| | ) | |
| | ) | TRUSTEE'S OBJECTION TO PROOF |
| | ) | OF CLAIM AND NOTICE THEREON |
| | ) | |
| _____ Debtor (s) _____ | ) | |

COMES NOW Edward J. Maney, the Trustee of the above-captioned estate, and objects to the following claim:

 No: 006
 Name: Alta Mesa Animal Hospital
 Address: 6704 E. Brown Road

  Mesa,AZ 85205-
 Acct No: 0664

Upon the following grounds:

 Claim was untimely filed

The Trustee recommends said claim be allowed but paid only if funds are available, after all timely filed claims are paid, on a pro-rata basis with other untimely filed claims:

NOTICE IS GIVEN that the above claim shall be treated as recommended above by the Trustee unless on or before (30 days from the mailing date) the creditor EITHER:

1. Sends, WITH A COPY OF THIS NOTICE, proof that the claim should be treated as timely filed; or

2. Files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of the Court, and mails a copy thereof to the Trustee at 101 N. First Avenue, Suite 1775, Phoenix, Arizona, 85003.

Dated: See Electronic Signature

Edward J. Maney, Esq.
Digitally signed by Edward J. Maney, Esq.
Date: 2016.10.20 11:15:03 -07'00'

Edward J. Maney, Trustee

CERTIFICATE OF MAILING FOR CASE NO. 16-02958

Copies of the foregoing mailed (see electronic signature below) to the following:

Lawrence D. Pew, Esq.

1811 S. Alma School Road

Suite #260

Mesa, AZ  85210-

Attorney for Debtor


HELEN  MARTINO

6335 E. BROWN ROAD #1157

MESA, AZ  85205

Debtor


Co-Debtor
Alta Mesa Animal Hospital

6704 E. Brown Road

Mesa AZ  85205-

Creditor



Creditor


By: _____Jackie Garcia_____  Digitally signed by Jackie Garcia Date: 2016.10.20 16:10:40 -07'00'