Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| HELEN MARTINO | Case No. 2:16-02958-BKM |
| Debtor(s) | TRUSTEE'S MOTION TO DISMISS |

COMES NOW Edward J. Maney, Trustee in the above-captioned Chapter 13 Proceeding and states that the debtor(s) is/are in default under the terms of their Chapter 13 Plan. Plan payments are 4 months delinquent and no showing has been made of any just cause for the default.

Total delinquency as of this date: $1,100.00

The next scheduled payment is due: 11/23/2019

**Debtors is required to pay no less than $1,375.00 by 12/1/2019 to avoid dismissal of this case.**

The Trustee will lodge an order dismissing this case if the debtor(s) fail to meet one of the following requirements:

1. All Plan payments must be current by 12/1/2019.
2. The debtor(s) file a Notice of Conversion to a Chapter 7 with the Court and serve a copy on the Trustee.
3. The debtor(s) file an Amended or Modified Plan including a Moratorium of Plan Payments with the Court and serve a copy on the Trustee.

Dated: See Electronic Signature

| | |
|---|---|
| 1 | EDWARD J. MANEY |
| 2 | CHAPTER 13 TRUSTEE |
| 3 | By: /s/ Edward J. Maney *Digitally signed by Edward J. Maney, Esq. Date: 2019.11.01 14:26:09 -07'00'* |
| 4 | Edward J. Maney ABN 12256 |
| | Chapter 13 Trustee |
| 5 | 101 North First Avenue, Suite 1775 |
| | Phoenix, AZ 85003 |
| 6 | (602) 277-3776 |
| 7 | ejm@maney13trustee.com |

| | |
|---|---|
| 1 | CERTIFICATE OF MAILING FOR CASE NO. 2:16-02958-BKM |
| 2 | |
| | Copies of the foregoing mailed (see electronic signature below) to the following: |
| 3 | |
| 4 | Attorney for Debtor (s): |
| 5 | Lawrence Pew<br>Pew Law Center PLLC |
| 6 | 1811 S. Alma School Road Suite #260<br>Mesa, AZ 85210- |
| 7 | |
| 8 | Debtor (s):<br>HELEN MARTINO |
| 9 | 6335 E. BROWN ROAD #1157<br>MESA, AZ. 85205 |
| 10 | |
| 11 | , |
| 12 | |
| 13 | |
| 14 | |
| 15 | By:_____ Grace Harley (Digitally signed by Grace Harley, Date: 2019.11.01 14:47:03 -07'00') |
| 16 | Trustee's Clerk |