**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **In re:**<br><br>**ERIC T. KALDENBERG, et al.**<br><br>**Debtors.** | **Chapter 13 Proceedings**<br><br>**Case No.: 4:15-bk-08863-BMW**<br><br>**ORDER TO TRANSFER CASE TO THE HONORABLE DANIEL P. COLLINS** |

Local Rule of Bankruptcy Procedure for the District of Arizona 1015-1 permits a bankruptcy case for related debtor entities or cases that are otherwise related to be transferred to a single judge. The list of chapter 13 cases attached as Exhibit 1 ("Chapter 13 Cases") are all related by the fact that the debtors in those cases were previously represented by Lawrence "D" Pew and/or are currently represented by Zolman Law or Alexander Zolfaghari. On March 19, 2020, Chief Judge Brenda Moody Whinery held a hearing on an Order to Show Cause in the case 4:15-bk-08863-BMW ("March 19 Hearing"). Based on the information provided at the March 19 Hearing, the Court hereby determines that in the interest of judicial economy, the Chapter 13 Cases shall be transferred to the Honorable Daniel P. Collins. Further, the Chapter 13 Cases shall be jointly administered under a miscellaneous proceeding to be established by a separate order.

**IT IS ORDERED** that the Clerk of the Court transfer the case 4:15-bk-08863-BMW to Judge Collins.

**IT IS FURTHER ORDERED** that the Clerk of the Court transfer the remaining cases attached as Exhibit 1.

**IT IS FURTHER ORDERED** that the transferred cases shall be jointly administered under a miscellaneous proceeding to be established pursuant to a separate order.

| | |
|---|---|
| 1 | **DATED AND SIGNED ABOVE.** |
| 2 | Notice to be sent through the Bankruptcy Noticing Center ("BNC") to the following: |
| 3 | |
| 4 | Eric T. Kaldenberg |
| 5 | 9336 Kings Parade Blvd. Apt 3311 |
| 6 | Charlotte, NC 28273 |
| 7 | Attach MML from the relevant Debtor's bankruptcy |

# Exhibit 1

# Cases Report for 4/7/2020

## U.S. Bankruptcy Court

## District of Arizona

| Case No. Related Case Info | Tp | Ch | Party Info | Judge Trustee | Dates | Other Info |
|---|---|---|---|---|---|---|
| 2:14-bk-15888-EPB | bk | 13 | REBECCA M MEEKER<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 1 PEW<br>Attorney for Debtor: LAWRENCE 4 PEW<br>Attorney for Debtor: ALEXANDER ZOLFAGHARI<br>Interested Party: Pro se | Ballinger<br>MANEY | *Filed:* 10/22/2014<br>*Entered:* 10/22/2014 | *Office:* Phoenix<br>*Assets:* Yes<br>*Fee:* Paid<br>*County:* MARICOPA-AZ<br>Voluntary<br>*Nature of Debt:* Consumer<br>*Type of Debtor:* Individual |
| 2:14-bk-16291-EPB | bk | 13 | MICHAEL P CHAMBERLAIN and SUSAN A CHAMBERLAIN<br>Attorney for Debtor: LAWRENCE 6 PEW<br>Attorney for Debtor: LAWRENCE 4 PEW<br>Attorney for Debtor: ALEXANDER ZOLFAGHARI<br>Attorney for Joint Debtor: LAWRENCE 6 PEW<br>Attorney for Joint Debtor: LAWRENCE 4 PEW<br>Attorney for Joint Debtor: ALEXANDER ZOLFAGHARI | Ballinger<br>BROWN | *Filed:* 10/29/2014<br>*Entered:* 10/29/2014 | *Office:* Phoenix<br>*Assets:* Yes<br>*Fee:* Paid<br>*County:* MARICOPA-AZ<br>Voluntary<br>*Nature of Debt:* Consumer<br>*Type of Debtor:* Individual |
| 2:15-bk-01076-BKM | bk | 13 | CARISSA Y VALENTI<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 1 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW | Martin<br>MANEY | *Filed:* 02/04/2015<br>*Entered:* 02/04/2015<br>*Discharged:* 04/01/2020 | *Office:* Phoenix<br>*Disp:* Standard Discharge<br>*Assets:* Yes<br>*Fee:* Paid<br>*County:* MARICOPA-AZ<br>Voluntary<br>*Nature of Debt:* Consumer<br>*Type of Debtor:* Individual |
| 2:15-bk-03729-BMW | bk | 13 | IZMAEL VASQUEZ and ANDREA VASQUEZ<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 1 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Joint Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 1 PEW<br>Attorney for Joint Debtor: LAWRENCE 5 PEW | Whinery<br>MANEY | *Filed:* 04/01/2015<br>*Entered:* 04/01/2015<br>*Db discharged:* 08/12/2019<br>*Jdb discharged:* 08/12/2019 | *Office:* Phoenix<br>*Db disp:* Standard Discharge<br>*Jdb disp:* Standard Discharge<br>*Assets:* Yes<br>*Fee:* Paid<br>*County:* MARICOPA-AZ<br>Voluntary<br>*Nature of Debt:* Consumer<br>*Type of Debtor:* Individual |

| Case | | | Debtor | Judge | Filed/Entered | Details |
|---|---|---|---|---|---|---|
| 2:15-bk-06114-BKM | bk | 13 | LINDA M. KAREL<br>Attorney for Debtor:<br>LAWRENCE 2 PEW | Martin BROWN | Filed: 05/18/2015<br>Entered: 05/18/2015 | Office: Phoenix<br>Assets: Yes<br>Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:15-bk-07206-SHG | bk | 13 | VALERIE JEAN FLOWER<br>Attorney for Debtor:<br>LAWRENCE 2 PEW<br>Attorney for Debtor:<br>LAWRENCE 5 PEW | Gan MANEY | Filed: 06/10/2015<br>Entered: 06/10/2015 | Office: Phoenix<br>Assets: Yes<br>Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 4:15-bk-08863-BMW | bk | 13 | ERIC T KALDENBERG<br>Attorney for Debtor:<br>LAWRENCE 2 PEW<br>Attorney for Debtor:<br>LAWRENCE 5 PEW | Whinery KERNS | Filed: 07/15/2015<br>Entered: 07/15/2015 | Office: Tucson<br>Assets: Yes<br>Fee: Paid<br>County: PINAL-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:15-bk-09641-EPB | bk | 13 | ALMA E SAMUELS<br>Attorney for Debtor:<br>LAWRENCE 2 PEW<br>Attorney for Debtor:<br>LAWRENCE 5 PEW | Ballinger MANEY | Filed: 07/30/2015<br>Entered: 07/30/2015 | Office: Phoenix<br>Assets: Yes<br>Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:16-bk-01690-MCW | bk | 13 | HUGO RIZO<br>Attorney for Debtor:<br>LAWRENCE 2 PEW<br>Attorney for Debtor:<br>LAWRENCE 5 PEW | Wanslee BROWN | Filed: 02/24/2016<br>Entered: 02/24/2016 | Office: Phoenix<br>Assets: Yes<br>Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:16-bk-02958-BKM | bk | 13 | HELEN MARTINO<br>Attorney for Debtor:<br>LAWRENCE 2 PEW<br>Attorney for Debtor:<br>LAWRENCE 5 PEW | Martin MANEY | Filed: 03/23/2016<br>Entered: 03/23/2016 | Office: Phoenix<br>Assets: Yes<br>Fee: Installments completed<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 4:16-bk-07221-BMW | bk | 13 | JANELLE MATA and FRANCISCO MATA | Whinery KERNS | Filed: 06/24/2016<br>Entered: 06/24/2016 | Office: Tucson<br>Assets: Yes |

| Case | Type | Ch | Debtor / Attorneys | Trustee | Dates | Details |
|---|---|---|---|---|---|---|
| | | | Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Joint Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 5 PEW | | | *Fee:* Paid<br>*County:* PINAL-AZ<br>Voluntary<br>*Nature of Debt:* Consumer<br>*Type of Debtor:* Individual |
| 2:16-bk-07266-PS | bk | 13 | CHARLES GEORGE LOUD, III<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW | Sala BROWN | *Filed:* 06/27/2016<br>*Entered:* 06/27/2016 | *Office:* Phoenix<br>*Assets:* Yes<br>*Fee:* Paid<br>*County:* MARICOPA-AZ<br>Voluntary<br>*Nature of Debt:* Consumer<br>*Type of Debtor:* Individual |
| 2:16-bk-08057-SHG | bk | 13 | TERRY WHEELINGTON<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW | Gan BROWN | *Filed:* 07/14/2016<br>*Entered:* 07/14/2016 | *Office:* Phoenix<br>*Assets:* Yes<br>*Fee:* Paid<br>*County:* MARICOPA-AZ<br>Voluntary<br>*Nature of Debt:* Consumer<br>*Type of Debtor:* Individual |
| 2:16-bk-12029-EPB | bk | 13 | ASHLEY HOLLAND<br>Attorney for Debtor: DOUGLAS BROCK BEST<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Debtor: LAWRENCE 2 PEW | Ballinger MANEY | *Filed:* 10/19/2016<br>*Entered:* 10/19/2016 | *Office:* Phoenix<br>*Assets:* Yes<br>*Fee:* Paid<br>*County:* MARICOPA-AZ<br>Voluntary<br>*Nature of Debt:* Consumer<br>*Type of Debtor:* Individual |
| 2:16-bk-12322-BMW | bk | 13 | KARINA SEPULVEDA<br>Attorney for Debtor: DOUGLAS BROCK BEST<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW | Whinery BROWN | *Filed:* 10/26/2016<br>*Entered:* 10/26/2016 | *Office:* Phoenix<br>*Assets:* Yes<br>*Fee:* Paid<br>*County:* MARICOPA-AZ<br>Voluntary<br>*Nature of Debt:* Consumer<br>*Type of Debtor:* Individual |
| 2:16-bk-12334-SHG | bk | 13 | MICHAEL PENDLAND and ALEADA PENDLAND<br>Attorney for Debtor: DOUGLAS BROCK BEST<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Joint Debtor: DOUGLAS BROCK BEST<br>Attorney for Joint Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 5 PEW | Gan BROWN | *Filed:* 10/26/2016<br>*Entered:* 10/26/2016 | *Office:* Phoenix<br>*Assets:* Yes<br>*Fee:* Paid<br>*County:* MARICOPA-AZ<br>Voluntary<br>*Nature of Debt:* Consumer<br>*Type of Debtor:* Individual |

| Case | | | Debtor | Trustee | Dates | Info |
|---|---|---|---|---|---|---|
| 4:17-bk-02463-SHG | bk | 13 | SHANNA LYNN DAVIDSON<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW | Gan KERNS | Filed: 03/15/2017<br>Entered: 03/15/2017 | Office: Tucson<br>Assets: Yes<br>Fee: Installments completed<br>County: PINAL-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:17-bk-03469-MCW | bk | 13<br>Prev:7 | HOLLY E HARRIS<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for U.S. Trustee: CHRISTOPHER J PATTOCK | Wanslee BROWN | Filed: 04/05/2017<br>Entered: 04/05/2017<br>Converted: 08/26/2017 | Office: Phoenix<br>Assets: No<br>Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:17-bk-04560-EPB | bk | 13 | JAIME PINEDA and LETICIA PINEDA<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Joint Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 5 PEW | Ballinger MANEY | Filed: 04/26/2017<br>Entered: 04/26/2017 | Office: Phoenix<br>Assets: Yes<br>Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:17-bk-04568-MCW | bk | 13<br>Prev:7 | JUDYBELL CAMMER<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW | Wanslee BROWN | Filed: 04/26/2017<br>Entered: 04/26/2017<br>Converted: 06/30/2017 | Office: Phoenix<br>Assets: No<br>Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:17-bk-04920-MCW | bk | 13<br>Prev:7 | RONALD CHARLES GUTH, II and MICHELLE GARCIA GUTH<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Joint Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 5 PEW<br>Attorney for U.S. Trustee: CHRISTOPHER J PATTOCK | Wanslee BROWN | Filed: 05/03/2017<br>Entered: 05/03/2017<br>Converted: 07/16/2017 | Office: Phoenix<br>Assets: Yes<br>Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:17-bk-05346-PS | bk | 13 | JACK P PERPIGNANI and ROBYN D PERPIGNANI<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Debtor: ALEXANDER ZOLFAGHARI<br>Attorney for Joint Debtor: LAWRENCE 2 PEW | Sala BROWN | Filed: 05/12/2017<br>Entered: 05/12/2017<br>Db dismissed: 03/11/2020<br>Jdb dismissed: 03/11/2020 | Office: Phoenix<br>Db disp: Dismissed for failure to make plan payments<br>Jdb disp: Dismissed for failure to make plan payments<br>Assets: Yes<br>Fee: Paid<br>County: NAVAJO-AZ |

| Case | | | Debtor / Attorneys | Judge | Dates | Info |
|---|---|---|---|---|---|---|
| | | | Attorney for Joint Debtor: LAWRENCE 5 PEW<br>Attorney for Joint Debtor: ALEXANDER ZOLFAGHARI | | | Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 2:17-bk-06121-MCW | bk | 13 | CARLOS DIAZ and ARACELI CERDA DIAZ<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Joint Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 5 PEW | Wanslee BROWN | *Filed*: 05/31/2017<br>*Entered*: 05/31/2017 | *Office*: Phoenix<br>*Assets*: Yes<br>*Fee*: Paid<br>*County*: MARICOPA-AZ<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 2:17-bk-07974-MCW | bk | 13 | KIM ADAMS<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Debtor: ALEXANDER ZOLFAGHARI | Wanslee MANEY | *Filed*: 07/12/2017<br>*Entered*: 07/12/2017 | *Office*: Phoenix<br>*Assets*: Yes<br>*Fee*: Paid<br>*County*: MARICOPA-AZ<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 4:17-bk-08313-SHG | bk | 13 | GILBERT ORTEGA<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Debtor: ALEXANDER ZOLFAGHARI | Gan KERNS | *Filed*: 07/19/2017<br>*Entered*: 07/19/2017 | *Office*: Tucson<br>*Assets*: Yes<br>*Fee*: Paid<br>*County*: PINAL-AZ<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 2:17-bk-09008-EPB | bk | 13<br>Prev:7 | KATHLEEN JILL KOSKI<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Debtor: ALEXANDER ZOLFAGHARI | Ballinger MANEY | *Filed*: 08/03/2017<br>*Entered*: 08/03/2017<br>*Converted*: 08/30/2017<br>*Dismissed*: 02/24/2020 | *Office*: Phoenix<br>*Disp*: Dismissed for failure to make plan payments<br>*Assets*: No<br>*Fee*: Paid<br>*County*: MARICOPA-AZ<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 2:17-bk-12122-MCW | bk | 13 | DARI HUTT and VICTORIA HUTT<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Joint Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 5 PEW | Wanslee MANEY | *Filed*: 10/11/2017<br>*Entered*: 10/11/2017 | *Office*: Phoenix<br>*Assets*: Yes<br>*Fee*: Paid<br>*County*: MARICOPA-AZ<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 2:17-bk-12124-BKM | bk | 13 | KRYSTEL THEROUX<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW | Martin BROWN | *Filed*: 10/11/2017<br>*Entered*: 10/11/2017 | *Office*: Phoenix<br>*Assets*: Yes<br>*Fee*: Paid<br>*County*: MARICOPA-AZ |

| Case | Type | Ch | Debtor / Attorneys | Trustee | Filed / Entered | Details |
|---|---|---|---|---|---|---|
| | | | | | | Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 2:17-bk-13020-BKM | bk | 13 | MICHELE LEE ARSENAULT<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW | Martin BROWN | Filed: 11/01/2017<br>Entered: 11/01/2017 | *Office:* Phoenix<br>*Assets:* Yes<br>*Fee:* Installments completed<br>*County:* MARICOPA-AZ<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 2:17-bk-15168-MCW | bk | 13 | DICK RICHARDS and DERRIANN RICHARDS<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Debtor: ALEXANDER ZOLFAGHARI<br>Attorney for Joint Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 5 PEW<br>Attorney for Joint Debtor: ALEXANDER ZOLFAGHARI | Wanslee MANEY | Filed: 12/27/2017<br>Entered: 12/27/2017 | *Office:* Phoenix<br>*Assets:* Yes<br>*Fee:* Paid<br>*County:* MARICOPA-AZ<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 2:18-bk-00065-PS | bk | 13 | JOSEPH SCOTT DEMEL and ROSA ANA DEMEL<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: ALEXANDER ZOLFAGHARI<br>Attorney for Joint Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 5 PEW<br>Attorney for Joint Debtor: ALEXANDER ZOLFAGHARI | Sala BROWN | Filed: 01/03/2018<br>Entered: 01/03/2018 | *Office:* Phoenix<br>*Assets:* Yes<br>*Fee:* Paid<br>*County:* MARICOPA-AZ<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 2:18-bk-01893-BKM | bk | 13 | MISTY KOZLOWSKI and VITEK KOZLOWSKI<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Debtor: ALEXANDER ZOLFAGHARI<br>Attorney for Joint Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 5 PEW<br>Attorney for Joint Debtor: ALEXANDER ZOLFAGHARI | Martin BROWN | Filed: 02/28/2018<br>Entered: 02/28/2018 | *Office:* Phoenix<br>*Assets:* Yes<br>*Fee:* Paid<br>*County:* MARICOPA-AZ<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 4:18-bk-01895-BMW | bk | 13 | LUIS A MORENO-BRUNO<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Debtor: ALEXANDER ZOLFAGHARI | Whinery KERNS | Filed: 02/28/2018<br>Entered: 02/28/2018 | *Office:* Tucson<br>*Assets:* Yes<br>*Fee:* Paid<br>*County:* PINAL-AZ<br>Voluntary<br>*Nature of Debt*: Consumer |

| Case | Type | Ch | Debtor | Trustee | Dates | Details |
|---|---|---|---|---|---|---|
| | | | | | | *Type of Debtor*: Individual |
| 2:18-bk-02822-EPB | bk | 13 | ERIN ELIZABETH NEATHERY<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Debtor: ALEXANDER ZOLFAGHARI | Ballinger MANEY | *Filed*: 03/21/2018<br>*Entered*: 03/21/2018 | *Office:* Phoenix<br>*Assets:* Yes<br>*Fee:* Paid<br>*County:* MARICOPA-AZ<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 2:18-bk-03482-MCW | bk | 13 | SHANNON RENEE HOWARD<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW | Wanslee BROWN | *Filed*: 04/04/2018<br>*Entered*: 04/04/2018 | *Office:* Phoenix<br>*Assets:* Yes<br>*Fee:* Paid<br>*County:* MARICOPA-AZ<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 2:18-bk-04201-BKM | bk | 13 | ERIK LOEWE and JENNIFER LOEWE<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Joint Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 5 PEW<br>Other Professional: Pro se | Martin BROWN | *Filed*: 04/18/2018<br>*Entered*: 04/18/2018<br>*Db dismissed*: 01/10/2020<br>*Jdb dismissed*: 01/10/2020 | *Office:* Phoenix<br>*Db disp:* Dismissed for failure to make plan payments<br>*Jdb disp:* Dismissed for failure to make plan payments<br>*Assets:* Yes<br>*Fee:* Installments completed<br>*County:* MARICOPA-AZ<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 2:18-bk-04937-BKM | bk | 13 | ANA AGUAYO<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW | Martin BROWN | *Filed*: 05/02/2018<br>*Entered*: 05/02/2018 | *Office:* Phoenix<br>*Assets:* Yes<br>*Fee:* Paid<br>*County:* MARICOPA-AZ<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 2:18-bk-05896-BKM | bk | 13 | PHILLIP MURPHY and JUDITH KAY MURPHY<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Debtor: ALEXANDER ZOLFAGHARI<br>Attorney for Joint Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 5 PEW<br>Attorney for Joint Debtor: ALEXANDER ZOLFAGHARI | Martin MANEY | *Filed*: 05/23/2018<br>*Entered*: 05/23/2018 | *Office:* Phoenix<br>*Assets:* Yes<br>*Fee:* Paid<br>*County:* MARICOPA-AZ<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |

| Case | Type | Ch | Debtor(s) / Attorneys | Trustee | Dates | Info |
|---|---|---|---|---|---|---|
| 2:18-bk-06183-PS | bk | 13 | RAYMOND ORTIZ, JR and SARAH LYNN ORTIZ<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Joint Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 5 PEW | Sala MANEY | Filed: 05/30/2018<br>Entered: 05/30/2018 | Office: Phoenix<br>Assets: Yes<br>Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:18-bk-07604-BMW | bk | 13 | NUMKENE W FELSMAN and ERICA D FELSMAN<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Joint Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 5 PEW | Whinery MANEY | Filed: 06/27/2018<br>Entered: 06/27/2018 | Office: Phoenix<br>Assets: Yes<br>Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:18-bk-08177-BMW | bk | 13 | ALBERT L MARTINEZ and MONICA R MARTINEZ<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Debtor: ALEXANDER ZOLFAGHARI<br>Attorney for Joint Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 5 PEW<br>Attorney for Joint Debtor: ALEXANDER ZOLFAGHARI | Whinery MANEY | Filed: 07/11/2018<br>Entered: 07/11/2018 | Office: Phoenix<br>Assets: Yes<br>Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:18-bk-11404-MCW | bk | 13 | KEVIN B FLEMING and RACHEL R FLEMING<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: LAWRENCE 5 PEW<br>Attorney for Joint Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 5 PEW | Wanslee BROWN | Filed: 09/19/2018<br>Entered: 09/19/2018 | Office: Phoenix<br>Assets: Yes<br>Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:18-bk-11770-SHG | bk | 13 | GUY LESTER SMITH and MARY ELIZABETH SMITH<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 2 PEW | Gan MANEY | Filed: 09/26/2018<br>Entered: 09/26/2018<br>Db dismissed: 12/16/2019<br>Jdb dismissed: 12/16/2019 | Office: Phoenix<br>Db disp: Dismissed for failure to make plan payments<br>Jdb disp: Dismissed for failure to make plan payments<br>Assets: Yes<br>Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:18-bk-12984-PS | bk | 13 | NADINE M MARTINEZ<br>Attorney for Debtor: LAWRENCE 2 PEW | Sala BROWN | Filed: 10/24/2018<br>Entered: 10/24/2018 | Office: Phoenix<br>Assets: Yes<br>Fee: Paid |

| Case | | | Debtor | Trustee | Filed/Entered | Details |
|---|---|---|---|---|---|---|
| | | | Attorney for Debtor: ALEXANDER ZOLFAGHARI | | | County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:18-bk-13661-BKM | bk | 13 | RAFAEL ALBERTO SOQUI<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: ALEXANDER ZOLFAGHARI | Martin BROWN | Filed: 11/07/2018<br>Entered: 11/07/2018 | Office: Phoenix<br>Assets: Yes<br>Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:18-bk-14283-SHG | bk | 13 | ERNESTO B GOMEZ and OPHELIA GOMEZ<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 2 PEW | Gan MANEY | Filed: 11/21/2018<br>Entered: 11/21/2018 | Office: Phoenix<br>Assets: Yes<br>Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 4:18-bk-15043-SHG | bk | 13 | TROY E FREESE and NICKCOLE C FREESE<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 2 PEW | Gan KERNS | Filed: 12/12/2018<br>Entered: 12/12/2018 | Office: Tucson<br>Assets: Yes<br>Fee: Paid<br>County: PINAL-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:18-bk-15481-SHG | bk | 13 | MARIA KOTSAILIDIS<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: ALEXANDER ZOLFAGHARI | Gan MANEY | Filed: 12/21/2018<br>Entered: 12/21/2018 | Office: Phoenix<br>Assets: Yes<br>Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:18-bk-15591-PS | bk | 13 | PETER A. LOCKETT, SR. and DENISE R LOCKETT<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 2 PEW | Sala MANEY | Filed: 12/26/2018<br>Entered: 12/26/2018 | Office: Phoenix<br>Assets: Yes<br>Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:18-bk-15597-EPB | bk | 13 | MICHAEL L ALEXANDER and CARRIE E ALEXANDER<br>Attorney for Debtor: LAWRENCE 2 PEW | Ballinger MANEY | Filed: 12/26/2018<br>Entered: 12/26/2018<br>Db dismissed: 01/13/2020<br>Jdb dismissed: 01/13/2020 | Office: Phoenix<br>Db disp: Standard Discharge<br>Jdb disp: Standard Discharge<br>Assets: Yes |

| Case | Type | Ch | Debtor(s) / Attorneys | Trustee | Filed / Entered | Details |
|---|---|---|---|---|---|---|
| | | | Attorney for Joint Debtor: LAWRENCE 2 PEW | | | Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 4:18-bk-15595-SHG | bk | 13 | ANNA M GUERRA and HECTOR C GUERRA<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 2 PEW<br>Interested Party: Pro se | Gan KERNS | Filed: 12/26/2018<br>Entered: 12/26/2018 | Office: Tucson<br>Assets: Yes<br>Fee: Paid<br>County: PINAL-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:19-bk-00132-MCW | bk | 13 | ALEJANDRO AVILA and VIOLETA AVILA<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 2 PEW | Wanslee BROWN | Filed: 01/07/2019<br>Entered: 01/07/2019 | Office: Phoenix<br>Assets: Yes<br>Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:19-bk-00743-BKM | bk | 13 | NEDA AZIN<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: ALEXANDER ZOLFAGHARI | Martin BROWN | Filed: 01/23/2019<br>Entered: 01/23/2019 | Office: Phoenix<br>Assets: Yes<br>Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:19-bk-02072-BKM | bk | 13 | RICHARD M POLIAK<br>Attorney for Debtor: LAWRENCE 2 PEW | Martin MANEY | Filed: 02/27/2019<br>Entered: 02/27/2019 | Office: Phoenix<br>Assets: Yes<br>Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 2:19-bk-02345-BKM | bk | 13 | TRAVIS A PAULSEN and JEANMARIE PAULSEN<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: ALEXANDER ZOLFAGHARI<br>Attorney for Joint Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: ALEXANDER ZOLFAGHARI | Martin BROWN | Filed: 03/06/2019<br>Entered: 03/06/2019 | Office: Phoenix<br>Assets: Yes<br>Fee: Paid<br>County: MARICOPA-AZ<br>Voluntary<br>Nature of Debt: Consumer<br>Type of Debtor: Individual |
| 4:19-bk-02348-SHG | bk | 13 | RONNIE J MCKINNEY and JULEY P MCKINNEY<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: | Gan KERNS | Filed: 03/06/2019<br>Entered: 03/06/2019 | Office: Tucson<br>Assets: Yes<br>Fee: Paid<br>County: PINAL-AZ<br>Voluntary |

| Case | Type | Ch | Debtor / Attorney | Trustee | Dates | Details |
|---|---|---|---|---|---|---|
| | | | LAWRENCE 2 PEW<br>Interested Party: Pro se | | | *Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 4:19-bk-02349-SHG | bk | 13 | JERRY R REHEIS and LONNIE T REHEIS<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: ALEXANDER ZOLFAGHARI<br>Attorney for Joint Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: ALEXANDER ZOLFAGHARI | Gan KERNS | *Filed*: 03/06/2019<br>*Entered*: 03/06/2019 | *Office*: Tucson<br>*Assets*: Yes<br>*Fee*: Paid<br>*County*: PINAL-AZ<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 4:19-bk-04952-SHG | bk | 13 | MICHAEL PICKENS and LINDA PICKENS<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: LAWRENCE 2 PEW | Gan KERNS | *Filed*: 04/24/2019<br>*Entered*: 04/24/2019 | *Office*: Tucson<br>*Assets*: Yes<br>*Fee*: Paid<br>*County*: PINAL-AZ<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 2:19-bk-07919-BKM | bk | 13 | MARY F PILATE<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: ALEXANDER ZOLFAGHARI | Martin MANEY | *Filed*: 06/26/2019<br>*Entered*: 06/26/2019 | *Office*: Phoenix<br>*Assets*: Yes<br>*Fee*: Paid<br>*County*: MARICOPA-AZ<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 4:19-bk-07912-SHG | bk | 13 | DUSTIN E SMITH and JOLI F SMITH<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: ALEXANDER ZOLFAGHARI<br>Attorney for Joint Debtor: LAWRENCE 2 PEW<br>Attorney for Joint Debtor: ALEXANDER ZOLFAGHARI | Gan KERNS | *Filed*: 06/26/2019<br>*Entered*: 06/26/2019<br>*Db dismissed*: 03/13/2020<br>*Jdb dismissed*: 03/13/2020 | *Office*: Tucson<br>*Db disp*: Dismissed for Other Reason<br>*Jdb disp*: Dismissed for Other Reason<br>*Assets*: Yes<br>*Fee*: Paid<br>*County*: PINAL-AZ<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 2:19-bk-08807-MCW | bk | 13 | SUZANNE R. WHITMAN<br>Attorney for Debtor: LAWRENCE 2 PEW<br>Attorney for Debtor: ALEXANDER ZOLFAGHARI | Wanslee MANEY | *Filed*: 07/17/2019<br>*Entered*: 07/17/2019<br>*Dismissed*: 02/26/2020 | *Office*: Phoenix<br>*Disp*: Dismissed for Other Reason<br>*Assets*: Yes<br>*Fee*: Paid<br>*County*: MARICOPA-AZ<br>Voluntary<br>*Nature of Debt*: Consumer<br>*Type of Debtor*: Individual |
| 2:19-bk-09172-BKM | bk | 13 | SELENA MIMS and KENNETH MIMS<br>Attorney for Debtor: LAWRENCE 2 PEW | Martin BROWN | *Filed*: 07/24/2019<br>*Entered*: 07/24/2019 | *Office*: Phoenix<br>*Assets*: Yes<br>*Fee*: Paid<br>*County*: MARICOPA- |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Attorney for Debtor: ALEXANDER ZOLFAGHARI Attorney for Joint Debtor: LAWRENCE 2 PEW Attorney for Joint Debtor: ALEXANDER ZOLFAGHARI | | | AZ Voluntary *Nature of Debt*: Consumer *Type of Debtor*: Individual |
| 2:19-bk-10212-BKM | bk | 13 | MICHAEL JOSEPH HALLIDAY, JR. Attorney for Debtor: LAWRENCE 2 PEW | Martin BROWN | *Filed*: 08/14/2019 *Entered*: 08/14/2019 *Dismissed*: 10/31/2019 | *Office*: Phoenix *Disp*: Dismissed for Other Reason *Assets*: Yes *Fee*: Paid *County*: MARICOPA-AZ Voluntary *Nature of Debt*: Consumer *Type of Debtor*: Individual |
| 2:19-bk-10608-BKM | bk | 13 | JOHN R KUCHARSKI Attorney for Debtor: LAWRENCE 2 PEW Attorney for Debtor: ALEXANDER ZOLFAGHARI | Martin MANEY | *Filed*: 08/21/2019 *Entered*: 08/21/2019 *Dismissed*: 02/19/2020 | *Office*: Phoenix *Disp*: Dismissed for Other Reason *Assets*: Yes *Fee*: Paid *County*: MARICOPA-AZ Voluntary *Nature of Debt*: Consumer *Type of Debtor*: Individual |
| 2:19-bk-10609-BKM | bk | 13 | BETSY DIANE LAWSON Attorney for Debtor: LAWRENCE 2 PEW Attorney for Debtor: ALEXANDER ZOLFAGHARI | Martin MANEY | *Filed*: 08/21/2019 *Entered*: 08/21/2019 | *Office*: Phoenix *Assets*: Yes *Fee*: Paid *County*: MARICOPA-AZ Voluntary *Nature of Debt*: Consumer *Type of Debtor*: Individual |
| 2:19-bk-11742-BKM | bk | 13 | JAMES G STOUT and AMANDA M STOUT Attorney for Debtor: LAWRENCE 2 PEW Attorney for Debtor: ALEXANDER ZOLFAGHARI Attorney for Joint Debtor: LAWRENCE 2 PEW Attorney for Joint Debtor: ALEXANDER ZOLFAGHARI Attorney for Attorney: MICHAEL ZDANCEWICZ | Martin MANEY | *Filed*: 09/13/2019 *Entered*: 09/13/2019 | *Office*: Phoenix *Assets*: Yes *Fee*: Paid *County*: MARICOPA-AZ Voluntary *Nature of Debt*: Consumer *Type of Debtor*: Individual |
| 2:19-bk-12297-BKM | bk | 13 | DAN A. GILBERT and MARIAN REGINA GIVHAN-GILBERT Attorney for Debtor: LAWRENCE 2 PEW Attorney for Debtor: ALEXANDER ZOLFAGHARI Attorney for Joint Debtor: LAWRENCE 2 PEW Attorney for Joint Debtor: ALEXANDER ZOLFAGHARI | Martin MANEY | *Filed*: 09/26/2019 *Entered*: 09/26/2019 | *Office*: Phoenix *Assets*: Yes *Fee*: Paid *County*: MARICOPA-AZ Voluntary *Nature of Debt*: Consumer *Type of Debtor*: Individual |

Total number of cases: 67

| | |
|---:|:---|
| | Selection Criteria for this Report |
| **Chapter** | 13 |
| **Judge** | Ballinger, Eddward P. |
| | Baum, Redfield T. |
| | Gan, Scott H. |
| | Martin, Brenda K. |
| | Sala, Paul |
| | Wanslee, Madeleine C. |
| | Whinery, Brenda Moody |
| **Trustee** | All |
| **Attorney** | PEW, LAWRENCE "D" |
| | PEW, LAWRENCE "D" |
| | PEW, LAWRENCE "D" |
| | PEW, LAWRENCE 1 |
| | PEW, LAWRENCE 2 |
| | PEW, LAWRENCE 3 |
| | PEW, LAWRENCE 4 |
| | PEW, LAWRENCE 5 |
| | PEW, LAWRENCE 6 |
| | PEW, LAWRENCE 7 |
| **Attorney for** | All |
| **Office** | All |
| **Filed** | 01/06/1977 to 04/07/2020 |
| **Sorted by** | date filed, case number |
| **Case Status** | Open cases only |
| **County** | APACHE-AZ |
| | COCHISE-AZ |
| | COCONINO-AZ |
| | GILA-AZ |
| | GRAHAM-AZ |
| | GREENLEE-AZ |
| | LA PAZ-AZ |
| | MARICOPA-AZ |
| | MOHAVE-AZ |
| | NAVAJO-AZ |
| | PIMA-AZ |
| | PINAL-AZ |
| | SANTA CRUZ-AZ |
| | YAVAPAI-AZ |
| | YUMA-AZ |

# Notice Recipients

District/Off: 0970−4     User: stangretw     Date Created: 3/2/2020
Case: 4:15−bk−08863−BMW     Form ID: pdf001     Total: 52

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
13620659    Ocwen Loan Servicing L
                                                           TOTAL: 1

**Recipients of Notice of Electronic Filing:**
tr     DIANNE C. KERNS     mail@dcktrustee.com
aty     JOSEPHINE 2 SALMON     ecfazb@aldridgepite.com
aty     LAWRENCE 2 PEW     legal1@pewlaw.com
aty     LAWRENCE 5 PEW     legal1@pewlaw.com
                                                           TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     ERIC T KALDENBERG     9336 KINGS PARADE BLVD     APT 3311     CHARLOTTE, NC 28273
cr     Ocwen Loan Servicing, LLC     Aldridge Pite, LLP     4375 Jutland Dr., Suite 200     P.O. Box 17933     San Diego, CA 92177−0933
cr     SYNCHRONY BANK     C/O Weinstein & Riley, P.S.     2001 Western Ave., Suite 400     Seattle, WA 98121
13620636    ARIZONA DEPARTMENT OF REVENUE     c/o Tax, Bankruptcy and Collection Serv     1275 W Washington Ave.     Phoenix AZ 85007
13620635    American Express     Po Box 297871     Fort Lauderdale FL 33329
13620634    American Express     Po Box 3001     16 General Warren Blvd     Malvern PA 19355
13788933    American Express Bank, FSB     c o Becket and Lee LLP     POB 3001     Malvern, PA 19355−0701
13620637    Arizona Department of Revenue     ATTN: Bankruptcy Unit     PO Box 29070     Phoenix AZ 85038−9070
13835174    Bank of America, N.A.     P O Box 982284     El Paso, TX 79998−2238
13620639    Barclays Bank Delaware     125 S West St     Wilmington DE 19801
13620638    Barclays Bank Delaware     Attn: Bankruptcy     P.O. Box 8801     Wilmington DE 19899
13620640    Bk Of Amer     4060 Ogletown/Stanton Rd     Newark DE 19713
13853538    CERASTES, LLC     C O WEINSTEIN & RILEY, PS     2001 WESTERN AVENUE, STE 400     SEATTLE, WA 98121
13853545    COMENITY CAPITAL BANK/PAYPAL CREDIT     C/O WEINSTEIN & RILEY, P.S.     2001 WESTERN AVENUE, STE 400     SEATTLE, WA 98121
13771127    Capital One, N.A.     c o Becket and Lee LLP     POB 3001     Malvern, PA 19355−0701
13620642    Chase Card     201 N. Walnut St//De1−1027     Wilmington DE 19801
13620641    Chase Card     Po Box 15298     Wilmington DE 19850
13620643    Chrysler Capital     Po Box 961275     Fort Worth TX 76161
13620644    Citibank     Citicorp/ Centralized Bankruptcy     Po Box790040     Saint Louis MO 63179
13620645    Citibank     Po Box 6497     Sioux Falls SD 57117
13620647    Citibank Sd, Na     701 E 60th St N     Sioux Falls SD 57104
13620646    Citibank Sd, Na     Attn: Centralized Bankruptcy     Po Box 20363     Kansas City MO 64195
13620648    Credit One Bank     Po Box 98873     Las Vegas NV 89193
13620649    Credit One Bank     Po Box 98875     Las Vegas NV 89193
13663092    Discover Bank     Discover Products Inc     PO Box 3025     New Albany, OH 43054−3025
13620650    Discover Fin Svcs Llc     Po Box 15316     Wilmington DE 19850
13620651    First National Bank     Attention:FNN Legal Dept     1620 Dodge St. Stop Code: 3290     Omaha NE 68197
13620652    First National Bank     Po Box 3412     Omaha NE 68103
13677895    First National Bank of Omaha     1620 Dodge Street     Stop Code 3105     Omaha, NE 68197
13620653    GECRB/Amazon     Attn: Bankruptcy     Po Box 103104     Roswell GA 30076
13620654    GECRB/Amazon     Po Box 965015     Orlando FL 32896
13620655    Internal Revenue Service     Centralized Insolvency Operations     Philadelphia PA 19114−0326
13620656    Kohls/capone     Po Box 3115     Milwaukee WI 53201
13792486    LVNV Funding, LLC its successors and assigns as     assignee of FNBM, LLC     Resurgent Capital Services     PO Box 10587     Greenville, SC 29603−0587
13687219    MERRICK BANK     Resurgent Capital Services     PO Box 10368     Greenville, SC 29603−0368
13620657    Merrick Bk     Attn: Bankruptcy     P.O. Box 9201     Old Bethpage NY 11804
13620658    Merrick Bk     Po Box 9201     Old Bethpage NY 11804
13728979    Midland Credit Management, Inc. as agent for     MIDLAND FUNDING LLC     PO Box 2011     Warren, MI 48090
14012623    Ocwen Loan Servicing, LLC     Attn: Bankruptcy Department     P.O. Box 24605     West Palm Beach, FL 33416−4605
13686284    Ocwen Loan Servicing, LLC     C/o Aldridge Pite, LLP     4375 Jutland Dr., Suite 200     P.O. Box 17933     San Diego, CA 92177−0933
15495113    PHH Mortgage Corporation     Bankruptcy Department     1 Mortgage Way, Mail Stop SV−22     Mt. Laurel, NJ 08054
13862494    Portfolio Recovery Associates, LLC     POB 12914     Norfolk VA 23541
15275491    SYNCHRONY BANK     c/o Weinstein & Riley, P.S.     2001 Western Ave, Ste 400     Seattle, WA 98121

Case 4:15−bk−08863−BMW    Doc 391    Filed 04/07/20    Entered 04/07/20 16:50:04    Desc
Case 2:16−bk−02058−DPC    Doc 69−1    Filed 04/30/20    Entered 04/30/20 16:55:46    Desc
All parties    atty. Document Notice Recipients    Page 17 of 18    Page 1 of 2

| | | | | | |
|---|---|---|---|---|---|
| 13620660 | Syncb/chevron Dc | Po Box 965015 | Orlando FL 32896 | | |
| 13620661 | Us Bank | 4325 17th Ave S | Fargo ND 58125 | | |
| 13777468 | eCAST Settlement Corporation, assignee | of Citibank, N.A. | POB 29262 | New York, NY 10087−9262 | |
| 13777469 | eCAST Settlement Corporation, assignee | of Citibank, N.A. | POB 29262 | New York, NY 10087−9262 | |

TOTAL: 47