Alexander Zolfaghari (030111)
**ZOLMAN LAW**
455 North Mesa Drive, Suite 5
Mesa, Arizona 85201
Tel: (480) 269-9545
Fax: (480) 452-1142
Email: Legal1@zolmanlaw.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>HELEN MARTINO,<br><br>        Debtor(s). | Chapter 13 Proceeding<br><br>Case No: 2:16-bk-02958-DPC<br><br>**NOTICE OF LODGING FORM OF ORDER** |

**NOTICE IS HEREBY GIVEN** that pursuant to 9010-1(e) of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Arizona, the proposed form of Order attached hereto as Exhibit "A" was lodged with the United States Bankruptcy Court on this June 10, 2020.

Dated: June 10, 2020.

                                            ZOLMAN LAW

                                            By: /s/ AZ 030111
                                                  Alexander Zolfaghari, Esq.

| | |
|---|---|
| 1 | Copy of the foregoing mailed on June 10, 2020 to the parties listed below: |
| 2 | Edward J. Maney |
| | 101 North First Avenue, Suite 1775 |
| 3 | Phoenix, AZ 85003 |
| | *Chapter 13 Trustee* |
| 4 | |
| | Office of the U.S. Trustee |
| 5 | 230 N. 1st Ave. Ste. #204 |
| | Phoenix, AZ 85003 |
| 6 | *United States Trustee* |
| 7 | Lawrence "D" Pew |
| | 2530 East Vaughn Court |
| 8 | Gilbert, AZ  85234 |
| 9 | Helen Martino |
| | 6335 East Brown Road, #1157 |
| 10 | Mesa, AZ  85205 |
| | Debtors |

# EXHIBIT "A"

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 Proceeding |
| HELEN MARTINO, | Case No: 2:16-bk-02958-DPC |
| Debtor(s). | **ORDER APPROVING SUBSTITUTION OF COUNSEL** |

This matter came before the Court pursuant to the "Motion for Substitution of Counsel" (the "Motion") filed by Zolman Law, proposed counsel of record for HELEN MARTINO. The Court has considered the Motion, and hereby finds and concludes as follows:

1. The Motion contains the approval of the proposed new counsel, for HELEN MARTINO Accordingly, the Motion may be considered by the Court without a hearing pursuant to Local Rule of Bankruptcy Procedure 9010-1(e).

2. Based on the written consent of proposed new counsel, the representation in the Motion that HELEN MARTINO likewise approves of the substitution, by their signed Affidavit, the Court finds good cause to grant the Motion.

Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is hereby GRANTED.

2. The Pew Law Center, PLLC is no longer in business and Lawrence "D". Pew, Esq., is no longer practicing and on or about April 17, 2020 Lawrence "D". Pew was Disbarred by the State Bar of Arizona and for those reasons is hereby deemed withdrawn as counsel of record for HELEN MARTINO in all matters relating to this Chapter 13 case.

Alexander Zolfaghari (030111)
ZOLMAN LAW
455 North Mesa Drive, Suite 5
Mesa, Arizona 85201

3. All pleadings, documents, or other communications subsequent to the date of this Order, which would be served on or delivered to The Pew Law Center, PLLC and Lawrence "D". Pew, Esq, as counsel for HELEN MARTINO in this Chapter 13 case absent its withdrawal, shall be served on or delivered to the ZOLMAN LAW firm at the address set forth above.

4. The ZOLMAN LAW shall promptly serve a copy of this Order on all other parties listed on the master mailing list on file in this Chapter 13 case.

DATED AND SIGNED ABOVE

_____
UNITED STATES BANKRUPTCY JUDGE